**PRECISION PINE & TIMBER, INC., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2007–5085.

United States Court of Appeals, Federal Circuit.

Nov. 9, 2007.

Richard W. Goeken, Saltman & Stevens, P.C., of Washington, DC, argued for plaintiff-appellee. With him on the brief was Alan I. Saltman.

David A. Harrington, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Kathryn A. Bleecker, Assistant Director.

Before MICHEL, Chief Judge,
BRYSON, Circuit Judge, and FOGEL *,
District Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

* Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, sitting by designation.